**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Elida MIRELES, Defendant–Appellant.**

**No. 14–40600**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 31, 2015.

Appeal from the United States District Court for the Southern District of Texas, USDC No. 7:12–CR–1639–2.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Elida Mireles has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and

---

*United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Mireles has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.